**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7023**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

TYRONE WEBB,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Dennis W. Shedd, District Judge.
(CR-93-7-3, CA-97-1051-3)

———————

Submitted:  November 6, 1997        Decided:  November 25, 1997

———————

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Tyrone Webb, Appellant Pro Se. Kelly Elizabeth Shackelford, OFFICE
OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Webb, Nos. CR-93-7-3; CA-97-1051-3 (D.S.C. June 25, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2